**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------x
                                            Index No 1:19-CV-09673

**Rahul Manchanda,**

                    **Plaintiff,**          **COMPLAINT**

-against-


**Branford CT Police Officer Brett Johnson,**
**Branford CT Police Department, New**
**Haven Superior Court Judge Maureen**
**Price-Boreland, New Haven Superior Court**
**Judge James Kenefick, Jane Brandfon Emons,**
**New Haven Superior Court Judge Daniel Klau,**
**New Haven FBI Field Office, US Attorneys**
**Office New Haven, Connecticut Child**
**Protective Services, Joette Katz,**

                    **Defendants.**

---------------------------------x

        Plaintiff, Rahul Manchanda, for its Complaint against Defendants

alleges:


1.    Plaintiff, at all times relevant hereto, has a business office

      located at 30 Wall Street, 8^(th) Floor, New York, NY 10005, and a

      home address of 1 West End Avenue, Apt 14B, New York NY 10023.


2.    Defendants predominantly reside and work in Connecticut.


3.    This complaint concerns the illegal, unlawful, dishonest,

      extortionate, unfair, fraudulent, tyrannical, and incompetent

      behavior of the above referenced Defendants acting in concert or

      together in contravention of 42 § 1983 regarding a civil action

for deprivation of rights of the Plaintiff.

## 42 § 1983 CIVIL LIABILITY ISSUES

4.  Pursuant to 42 § 1983, every person who, under color of any
    statute, ordinance, regulation, custom, or usage, of any State or
    Territory or the District of Columbia, subjects, or causes to be
    subjected, any citizen of the United States or other person
    within the jurisdiction thereof to the deprivation of any rights,
    privileges, or immunities secured by the Constitution and laws,
    shall be liable to the party injured in an action at law, suit in
    equity, or other proper proceeding for redress, except that in
    any action brought against a judicial officer for an act or
    omission taken in such officer's judicial capacity, injunctive
    relief shall not be granted unless a declaratory decree was
    violated or declaratory relief was unavailable;

5.  The Civil Rights Act of 1871 is a federal statute, numbered 42
    U.S.C. § 1983, that allows people to sue the government for civil
    rights violations. It applies when someone acting "under color
    of" state-level or local law has deprived a person of rights
    created by the U.S. Constitution or federal statutes;

6.  Courts have determined that the "under color of" clause requires
    that the wrongdoer qualify, at least in some sense, as a

representative of the state when depriving the victim of civil rights - in a nutshell, the clause refers to people who misuse some kind of authority that they get from state law;

7. Police officers who use excessive force generally fit this bill;

8. Judges can consider a number of factors to decide whether, when violating someone's federal rights, an officer was acting under the color of state law - among them are whether the officer: (a) was on duty; (b) was wearing a police uniform; (c) used police equipment (like a squad car or handcuffs); (d) flashed a badge or otherwise claimed to be an officer, or (e) carried out an arrest;

9. When a Section 1983 suit has to do with an arrest — a central police function — a court will normally consider the officer to have acted under color of state law;

**CRIMINAL ACTS**

10. Under the federal criminal code, Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States;

11. For the purpose of Section 242, acts under "color of law" include

acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties;

12. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as ***judges***, care providers in public health facilities, and others who are acting as public officials;

13. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim;

14. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any;

15. Title 18 U.S.C. § 242 states: "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of

the United States...shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death;"

**UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT**

16. Under the Uniform Child Custody Jurisdiction and Enforcement Act § 204 a court may exercise emergency jurisdiction when it is necessary in an emergency to protect the child because the child or a sibling or parent of the child is subjected to or threatened with mistreatment or abuse;"

17. A court may do so even if another court has preferred jurisdiction for the long-term custody case;

18. The provision clarifies that a court may exercise emergency

jurisdiction when a parent (or sibling) of a child has been abused or threatened with abuse, even if the child herself or himself has not been abused;

19. Consequently, a court can exercise this form of jurisdiction when there is evidence that the parent has been abused by the other parent without requiring a finding that there is any child mistreatment or abuse;

20. A court may exercise emergency jurisdiction by entering a domestic violence protection order;

21. An exercise of emergency jurisdiction triggers mandatory judicial communication between the issuing court and any court in another jurisdiction that is hearing an existing custody case or has issued a custody order involving the same parties;

22. The purpose of the communication is to resolve the emergency, protect the parties and child, and determine the duration of the emergency order;

23. Ultimately, the court with preferred jurisdiction has the authority to issue or modify a long-term custody order, though it may decline to do so on inconvenient forum grounds;

24.  Pursuant to UCCJEA § 202 a court in a different state may modify the order upon a decision by the issuing court to decline to exercise jurisdiction in favor of another state or upon a finding by the new court that it has grounds to exercise temporary emergency jurisdiction;

**BRANFORD CT POLICE OFFICER BRETT JOHNSON**

25.  On or about September 25, 2019, Plaintiff filed a formal complaint and request for investigation into the improper relationship by and between his ex wife Sharie Kruzic and her husband Matt O'Buck with the Branford CT Police Department, specifically Officer Brett Johnson;

26.  On that day Plaintiff had a visit with his daughter for her 12th birthday as per our visitation order out of New Haven Superior Family Court as well as Plaintiff had an Order of Protection ("OP") against his ex wife issuing out of NY Family Court until December 12, 2019;

27.  Even though Plaintiff contacted Branford CT Police a week before to remind them of the above, as well as his ex-wife, the attending officer said that they "don't enforce or interpret visitation orders" and that's "only for the Family Courts;"

28.   That Branford Police Officer also confirmed that Plaintiff's
      Order of Protection against his ex wife was in place with a carve
      out for communication pertaining to visitation, and refused
      Plaintiff's offer to fax him another copy of the visitation order
      and OP;

29.   Plaintiff advised them that his ex wife and her husband were
      constantly interfering with his scheduled visits, were not
      showing up for the visits, alienating him as a parent, having
      prevented him from either seeing or speaking with his own kids
      for 2 years (New Haven Superior Court Judge James Kenefick had
      refused Plaintiff's Leave to File for Contempt/Visitation
      Violations at least 6 times since December 2017, leaving the
      visitation order in place and indicating that the Court had
      refused to either look at or change the current visitation
      order);

29a. Plaintiff makes it clear that Sharie Kruzic was physically
     present for court at NY Family Court, accepting personal and
     subject matter jurisdiction at 60 Lafayette Street, New York NY
     10013 on a return date of September 11, 2019, where she was
     advised and admonished by the court that: (a) orders of
     protection against her, her husband, and their son was in place;
     (b) that Plaintiff should not be further obstructed/blocked to
     see his own kids; (c)that the order of protection contained

language allowing communication regarding visitation; (d) that the NY Family Court duly noted her objections/incendiary allegations against Plaintiff but disregarded them in issuing the above because there was no proof, no evidence, and no urgent immediate emergency situation, and was obviously retaliation; (e) that Sharie Kruzic through her NY lawyer Seth Schraier then tried to get all orders of protection, petitions, violation, custody, visitation petitions and applications dismissed on October 10, 2019 but failed after the NY Family Court denied his Order to Show Cause and Motion to Dismiss setting trial for December 13, 2019;

30. Plaintiff further advised the Branford Police Officer that in the immediately preceding weeks and months Plaintiff's kids and ex-wife were increasingly texting, emailing and calling Plaintiff to come to Connecticut to see the kids instead of them coming to New York pursuant to the Visitation Order (Plaintiff had a heart attack on August 20, 2019, almost died at 46 years old, and had a stent placed in his chest), and that he must travel 5 hours round trip from Manhattan to see his kids - the Branford Police Officer indicated that this was perfectly fine, and advised Plaintiff to both email and text his ex wife that he was coming to see his own kids on their birthday, which Plaintiff did, with a polite request to please let him know within a reasonable time if they could not or would not make that visit at the designated

pickup/dropoff location at New Haven Train Station;

31.  Anyway of course, on September 25, 2019, that day when Plaintiff got to the New Haven CT train station for his daughters birthday (court designated pickup dropoff location) neither his kids nor his ex wife were there, like she has characteristically not shown up for the previous 2 years;

32.  As Plaintiff anticipated, Matt O'Buck had commanded one of his buddies in the Branford Police Department (Officer Brett Johnson said that it was a "Lieutenant") to block/stop Plaintiff's duly court ordered birthday visit with his kids, and so Officer Brett Johnson proceeded to terrorize both Plaintiff and his lawyer Abigail Miller by cell phone, scaring all of them because Plaintiff's ex wife and her husband said that Plaintiff's visitation with his own kids was somehow "harassment;"

33.  This is how child trafficking networks operate, and how parents are cut out of their children's' lives by overzealous control freak arrogant police officers;

34.  How dare these 2 white men (Matthew O'Buck & Officer Brett Johnson) cut Plaintiff out of his 2 daughters lives just because they felt like it, in open defiance of 2 Judicial Court Orders (Order of Protection from NY Family Court & Order of Visitation

from New Haven CT Superior Family Court);

35. This isn't the first time Matt O'Buck or Sharie Kruzic have done this, and whoever aided and abetted them within the Branford CT Police Dept or CT law enforcement in general needs to be investigated and disciplined urgently and immediately;

36. In response to Plaintiff's complaint, Mr. Manchanda, Lt. John B. Ceruti, #044, of the Connecticut State Police Internal Affairs stated that "The Connecticut State Police Internal Affairs Unit is in receipt of your email regarding the conduct of the Branford Police Department...the State Police Internal Affairs Unit does not have oversight into alleged policy and or misconduct violations of Branford Police Officers...as such, I have forwarded your email to the Branford Police Chief for his attention...you can also contact the Chief States Attorney's Office out Of Rocky Hill for complaints of alleged public corruption;"

37. To which Plaintiff responded "Thanks let's see if the Branford Police Department will investigate themselves...I don't have a lot of faith that this will happen;"

38. Lieutenant Kevin O'Brien, Hartford Police Department Internal Affairs Division also responded to Plaintiff's complaint with

"Good Morning Mr. Manchanda – This email address is assigned to the Hartford Police Department Internal Affairs Division..we are tasked with investigating allegations of misconduct involving sworn members of the Hartford Police Department...we have no administrative investigative authority over the Branford Police Department...I am unaware of the structure within the Branford Police Department, but I forwarded this email to Branford Police Chief Jonathan Mulhern...if you wish to contact him directly, his email is jmulhern@branfordpolice.com;"

39. It was then that I discovered that Matthew O'Buck, the husband of my ex-wife, is currently being criminally prosecuted in the New Haven Superior Criminal Court for 3 Misdemeanor B and 1 Violation involving illegal gun play and possession of illegal firearms while under the influence of drugs and alcohol around minors (those "minors" being my kids), along with other charges such as failure to store properly his illegal firearms around my minor kids, breach of the peace, and disorderly conduct, that I had to first read in the newspaper online, and then looked it up in New Haven Superior Criminal Court for the full charges details - of course neither the Connecticut Child Protective Services nor the Branford CT Police Department let me know of any of this even though the arrest was on or about August 2019, while the acts itself occurred on or about July 2019 - I also discovered online that another Branford CT Police Officer was recently arrested for

massive amounts of child pornography on his computers as well on or about January 2019;

40.    It was at this point that I commented to these internal affairs officers "To serve and protect, I guess," while requesting that "please make sure that the 'Branford CT Chief of Police' that you are referring my complaint to at the Branford Police Department, wasn't a friend/crony of either of these guys, either;"

41.    Additionally Lt. David Zannelli #324 of the Internal Affairs Division (OIC) New Haven Police Department responded with "Good morning sir...I was also included in this large group email...I represent the Internal Affairs Division of the New Haven Police Department...Therefore, I only have authority over the conduct of New Haven Police Officers within my respective jurisdiction...I agree with the below suggestion from Hartford Lt. O'Brien that contacting the Branford Police Department regarding your complaint would be the appropriate route for you moving forward...In addition, I am including the contact information for the Amtrak Police Department's Internal Affairs Division should you need it for any reason...The hyperlink for their website it a s f o l l o w s : https://police.amtrak.com/index.php/about/how-to-file-a-citizen -s-complaint You can copy and paste it into your computer or cell phone's internet browser for quick access...Or, you can contact

them telephonically by calling (800) 331-0008...Please let me know if I can be of any further assistance;"

## NEW HAVEN SUPERIOR COURT JUDGE MAUREEN PRICE-BORELAND

42. However, rather than resolve these matters, a few days later I started getting harassed even further, and had to contact the Connecticut Judicial Review Council, regarding the misconduct and behavior of New Haven Superior Court Judges Daniel Klau and Maureen Price-Boreland, because I started receiving harassing visits from sheriffs when I was not either at my law office, home, or available to receive what I initially was not sure what it was (e.g. maybe a subpoena) but later determined to be an *Ex Parte* Order of Protection issued from Judge Maureen Price-Boreland from Sharie Kruzic even though I already had multiple Orders of Protection against Sharie Kruzic and her husband Matthew O'Buck until December 13, 2019, wherein the NY Family Court had assumed both personal and subject matter jurisdiction, and when we are set for trial - this act by New Haven Superior Court Judge Maureen Price-Boreland was a blatant and flagrant violation of the Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA") which she had ample notice of, because inside the Order of Protection it was actually written by Sharie Kruzic that the NY Family Court had already assumed personal and subject matter jurisdiction over the case and matter with the

case docket number;

43. In my complaint to the Connecticut Judicial Review Council, I asked them to look into the criminal, illegal, unethical, and judicial misconduct behavior of Judge Maureen Price-Boreland of New Haven Superior Court located at 235 Church Street, New Haven CT 06510 who working in conjunction with my ex-wife Sharie Kruzic (O'Buck) proceeded to;

44. falsify Sharie's last name using O'Buck instead of Kruzic in order to create a brand new false case file number NNH-FA19-4073801-S instead of the regular case file number under her last name Kruzic using NNH-FA-15-4064815-S for the purpose of avoiding the hard and fast judicial order and rule by New Haven Superior Court Judge James Kenefick stating that no motions, remedies, or reliefs can be obtained on the case file by and between my ex-wife WITHOUT PRIOR LEAVE/PERMISSION OF THE COURT, WITH NOTICE PROVIDED TO THE OPPOSING SIDE BEFORE LEAVE IS GRANTED OR DENIED;

45. This Judge Maureen Price-Boreland must have known that Sharie Kruzic (O'Buck) had a lengthy file lasting almost 5 years of family court litigation under the previous (and still existing) court file number because Sharie in fact disclosed that I already had a prior Order of Protection against her and Family Court Litigation already pending since June 12, 2019 in the New York

Family Court located at 60 Lafayette Street, New York NY 10013 in case file no 49367, thus preventing her from either obtaining another order of protection in a different state and/or forcing her to file in the NY Family Court where the case was already pending, so that it would not be a relief of first impression (it is common knowledge that once someone has a restraining order/order of protection filed against them, the first thing they try and do is obtain one against the victim in retaliation) - of course New Haven Superior Court Judge Maureen Price-Boreland ignored the federal Uniform Child Custody Jurisdiction and Enforcement Act once again in this regard;

46. Had Judge Maureen Price-Boreland consulted with the previous case file she would have seen that she was ***PROHIBITED*** from issuing said new docket case file number and issuing an *Ex Parte* Order of Protection on September 26, 2019 in this new case file NNH-FA19-4073801-S in response to my complaint about her violation of my order of protection when Sharie Kruzic interfered/prevented/used a white Branford Police Officer Brett Johnson to intimidate/scare/threaten/harass me, my lawyer and my wife with regards to my *bona fide*, legitimate visitation on September 25, 2019 for my daughters's 12th birthday, filled with rampant lies, false statements, incendiary allegations and other falsities which demanded an investigation or a response from undersigned before blindly issuing such a draconian, clearly retaliatory, and

much worse Order of Protection than mine, because it was based completely on false allegations with absolutely ***NO EVIDENCE, PROOF, OR IMMEDIATE URGENCY (I HAVEN'T SEEN OR SPOKEN TO MY KIDS FOR 2 YEARS BECAUSE OF SHARIE KRUZIC AND HER HUSBAND MATTHEW O'BUCK'S GROSS PARENTAL ALIENATION AND FLAGRANT VISITATION ORDER VIOLATIONS)***, unlike mine against her from NY Family Court issuing June 12, 2019 and still in effect until, December 13, 2019 when we are set to go to trial, once again in complete and total violation of the Uniform Child Custody Jurisdiction and Enforcement Act;

47. Not only did ths corrupt, dishonest, unethical and incompetent Judge do the above acts, but she also inserted the name of my 72 year old mother and my newly wed, just given birth, wife on this Order of Protection, no doubt at the order and behest of Sharie Kruzic, even those these 2 have absolutely NOTHING TO DO with Sharie Kruzic, have no family relation, have not had any interaction, and have no family privity with Sharie Kruzic - this was no doubt done to please Sharie by this super corrupt, newly appointed, incompetent, and unethical Judge Maureen Price-Boreland;

48. Now Sharie Kruzic has used this ill-gotten new Order of Protection from New Haven Superior Court dated September 26, 2019 using her NY Lawyer, Seth Schraier, who is apparently an 18B

legal aid lawyer (she lives in a beach house and made $150,000 last year according to her tax returns, so how did she get that) in order to try and get my current, New York Family Court Orders of Protection/Family Offense Petitions, Enforcement of Visitation/Custody Petitions, Violation Petitions, and other applications pending since June 12, 2019 and set for trial on December 13, 2019 dismissed, thus denying me protection, safety, and end to Sharie Kruzic and her husband Matthew O'Buck's abuse, harassment, threats, intimidation, criminal behavior and other bad acts;

49.    I do not know if Sharie Kruzic knows this judge, has paid her off, or maybe has used a "middleman" or "go-between" to "grease the wheel" here, but as a practicing lawyer for nearly 20 years, I can unequivocally state that this entire legal transaction smacks of illegality, unethical behavior, public corruption, cronyism, *quid pro quo*, monetary or illicit exchange, and at the very best screams incompetence, stupidity, corruption and non-fitness for the judicial bench - but coming on the heels of my bad experiences with our previous Family Court Judges James Kenefick and his cohort Jane Brandfon Emons, the latter of which was later thrown off the bench in May 2018 by the entire Connecticut State Legislature in huge part due to my numerous judicial and law enforcement complaints, and federal and state civil rights lawsuits, I am very sensitive to judicial corruption

emanating from this cursed court house in the Family Division;

50. adding insult to injury I was never even properly served with this Order of Protection because the Sheriff apparently "threw the papers" at my doorman receptionist the night of October 8, 2019, when the return court date was October 9, 2019 at 9:30 AM (the order of protection's expiration date), and I did not even receive these papers until I got home from work the next day October 9, 2019 in the late evening, long after that October 9, 2019 morning court date had already long-since elapsed.

51. New Haven Connecticut Superior Court Judge Maureen Price-Boreland is apparently a political appointee by extreme leftist and outgoing Connecticut Democrat Governor Dannel Malloy, she is breaking the law, ethics and judicial conduct by going above and beyond to torture, harass, and retaliate against me as a domestic violence victim of my ex-wife Sharie Kruzic (O'Buck) whom I already had a restraining order against and have several recent domestic violence police reports and current pending family court offense petitions against;

52. Judge Maureen Price-Boreland's cavalier, casual, careless, and cruel actions displayed in her behavior by issuing such a sloppy, overly broad, illegal, retaliatory, unconstitutional, and flippant *ex-parte* restraining order against me on behalf of my

leftist "feminist extremist" ex-wife Sharie Kruzic was in my opinion hugely based on her hatred of me personally and politically based on my print media work, as well as in my television media work, as well as my media notoriety for the past 20 years;

53.  Judge Maureen Price-Boreland's behavior herein was also motivated by my having sued civilly and complained about judicially about disgraced former New Haven Superior Court Judge Jane Brandfon Emons, New Haven Superior Court Judge James Kenefick, and her crony U.S. District Court New Haven Judge Vanessa Bryant, Jane Emons who was recently thrown off/removed from the judicial bench by the entire Connecticut Legislature last May 2018, particularly for her egregious and decades long retaliatory and civil rights abuses particularly against conservative men of color, such as myself;

54.  Judge Maureen Price-Boreland has acted as a female "Samuel Jackson" slave-owner character from the movie, "Django Unchained" in the that way that she has treated me, my mother and my wife in her illegal, unethical, sloppy, overly broad, unconstitutional, retaliatory, politically motivated, based completely on false allegations with absolutely ***NO EVIDENCE, NO PROOF, OR NO IMMEDIATE URGENCY (I HAVEN'T SEEN OR SPOKEN TO MY KIDS FOR 2 YEARS BECAUSE OF SHARIE KRUZIC AND HER HUSBAND MATTHEW O'BUCK'S***

***GROSS PARENTAL ALIENATION AND FLAGRANT VISITATION ORDER
VIOLATIONS)*** unwarranted *ex-parte* restraining order that she
issued on behalf of my ex-wife Sharie Kruzic (O'Buck) against me
on September 26, 2019, and then re-issued against me on October
9, 2019 until October 30, 2019, when I already had restraining
orders since June 12, 2019 against my ex-wife Sharie Kruzic
(O'Buck) for legitimate domestic violence reasons backed up by
physical, immediate and urgent evidence, and in effect until
December 13, 2019;

55.  It is the opinion of Plaintiff that Judge Maureen Price-Boreland
should not be on the bench as she is a dangerous threat to
herself and others;

## THE CORRUPTION OF CONNECTICUT REGARDING PROTECTING AND SAFEGUARDING CHILDREN

56.  This lawsuit involves the vast corruption that exists within the
State of Connecticut, particularly when it comes to the safety
and welfare of children in that state, and how many of the public
and government officials and agencies in that state, instead of
protecting and safeguarding children *in lieu* of their *bona fide*
parents for whatever reason (maybe one parent has left the state,
has become disabled or unable to care for the kids, etc) have
made it a pattern and practice of:

(A) ignoring legitimate parental complaints concerning the safety and welfare of their children;

(B) threatening parents for making legitimate parental complaints regarding the safety and welfare of their children;

(C) retaliating against parents for actually making legitimate parental complaints about the safety and welfare of their children;

(D) fabricating evidence or falsifying records in order to protect their governmental/public officials when they have been accused of malfeasance, misconduct, incompetence, corruption, or outright criminality, instead of conducting valid bona fide investigations and disciplinary hearings on their culpable personnel;

(E) organizing and orchestrating illegitimate "witch hunts" or dubious investigations in order to find anything, any dirt whatsoever, however far removed, weak, incredulous, or even false in order to obtain some type of arrest warrant, incarceration, charges, or prosecution against any and all parents who have made any of the above referenced complaints about any of the agencies charged with the overall safeguarding and protection of children in the state of Connecticut;

(F) organizing bogus, NAZI-like, or STASI-like, state-sponsored or paid for "forensic psychological evaluations" of children of targeted

parents to get them to hate their targeted parent in retaliation for their legitimate original complaints thereof, all the while accompanied by state pushed and supported policies of extended child separation from the targeted parent in order to more effectively and efficiently isolate those children and accomplish their goals, as described above.

57. It is my strong belief that, similar to how the child support programs in each state have become a major source of state revenue, and therefore parental separation/divorce is actually encouraged by various policy makers of the state, that the above issues are also supported by various criminal elements within the state, such as billion dollar underground industries dealing with child trafficking, human trafficking, sex trafficking, prostitution, organized child abuse, ritual child abuse, pornography, child pornography, snuff films, and other illicit, illegal and horrifying underground billion dollar industries that have managed to use their bottomless money to purchase and/or corrupt various pivotal and influential public officials and government officers who in turn, have then corrupted their agencies to engage in the above types of activity described in paragraph 1 above, chiefly designed to isolate these children from their legitimate *bona fide* parents in order to alienate and better control the situation for their underground illicit and illegal (but extremely lucrative) industries;

58. Some of the governmental agencies and public officials that I have personally experienced this occurring within, have been:

(A) the Guilford CT Police Department;

(B) the Branford CT Police Department;

(C) Connecticut Child Protective Services when it was run by Joette Katz;

(D) New Haven Superior Court Judge Jane Brandfon Emons;

(E) New Haven Superior Court Judge James Kenefick;

(F) Police Officer Brett Johnson of the Branford Police Department;

(G) New Haven Superior Court Judge Maureen Price-Boreland;

(H) New Haven Superior Court Judge Daniel Klau;

(I) various law clerks and staff located at the New Haven Superior Court;

(J) Sharie Kruzic (aka Sharie O'Buck, Sharie Manon, Sharie Maes) my ex-wife and former prostitute, stripper, sex worker and madam before

I met her in 2003;


(K) Matthew O'Buck, her husband who is an openly racist, violent, mentally unhinged criminal who is currently being criminally prosecuted by the New Haven Superior Criminal Court for multiple B misdemeanors such as carrying or possession of illegal firearms around minor children (my kids) while under the influence of drugs and alcohol, failures to store or safeguard his illegal guns/firearms around minor children (my minor kids), breach of the peace, disorderly conduct, and other assorted violent crimes over the past;


(L) New Haven FBI Field Office;


(M) U.S. Attorneys Office New Haven CT;


(N) Others.


59. These people, governmental officials, public servants, and administrative personnel have worked in tandem and together to target certain parents and destroy them in the manner that I have described above, and need to be investigated urgently and immediately for the overall safety, protection, and welfare of children who reside in the State of Connecticut.


60. Plaintiff has a lot more details and information to provide if

this is needed or required, and has also formally requested WHISTLEBLOWER PROTECTION STATUS as he has now become a *bona fide* target because of his formal complaints, requests for investigations, and legitimate federal/state lawsuits over the past few years, by these above referenced governmental agencies, public officials, administrative elements, and their proxies for retaliation, murder, investigation, frivolous or fraudulent charges, prosecutions, incarceration, arrest, or anything else that they can do to both shut me up, silence me, or retaliate against me;

**AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS**

61.  Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 60 of this Complaint.

62.  Therefore Plaintiff herein sues for actual and punitive damages in the amount of $100,000,000 for gross and rampant violations of 42 § 1983 pertaining to a civil action for deprivation of rights under the color of law and authority by government/judicial/public officials defendants;

**AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANTS**

63.  Plaintiff repeats and realleges each and every allegation

contained in paragraphs 1 through 60 of this Complaint.

64. Therefore Plaintiff herein sues for actual and punitive damages in the amount of $100,000,000 for gross and rampant violations of Uniform Child Custody Jurisdiction and Enforcement Act by government/judicial/public officials defendants;

65. such other and further relief as the Court deems just and proper, including applicable interest, costs and disbursements of this action.

**Dated:**    New York, NY
         October 20, 2019

_____
Rahul Manchanda, Esq.
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Fax: (212) 968-8601
Email: info@manchanda-law.com